UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BOBBY KERN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-04382-RLY-DML ) |
| JOSEPH HOGSETT, individually and in his capacity as Secretary of State of Indiana, | ) ) ) ) |
| Defendant. | ) |

**ORDER DISMISSING CASE**

On February 25, 2020, the court issued Plaintiff an Order to Show Cause why his case should not be dismissed and gave him thirty days from that date to respond. The court also notified him that failure to respond would result in a dismissal.[1] Plaintiff failed to respond within the required thirty-day deadline. Accordingly, his claims are **DISMISSED without prejudice**.

**SO ORDERED** this 14th day of April 2020.

    _____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

---

[1] The court stated dismissal would be with prejudice. That was error. The order should have said dismissal would be without prejudice.

1