UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BOBBY KERN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-cv-04382-RLY-DML |
| ) | |
| JOSEPH HOGSETT, individually and in his ) | |
| capacity as Secretary of State of Indiana, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to the court's Entry issued today, this action is hereby dismissed without prejudice.

**SO ORDERED** this 14th day of April 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

Bobby Kern
1033 N. Dearborn St.
Indianapolis, IN  46201

1